## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**WILLIAM ABRAHAM GASSAWAY[1]**
    **Plaintiff,**

**vs.**                                                **CASE NO.: 3:06cv48/RV/MD**

**CHIEF RAY BURGESS, et al.,**
    **Defendant.**

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 1, 2006.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

---

[1]The court takes judicial notice of information on the Florida Department of Corrections Offender Information Network, January 29, 2006, stating that plaintiff, whose DOC (Department of Corrections) number is 053865, is also known as: John Bates, William Gassaway, William A. Gassaway, William A. Gassaway, Jr., Vill Gasspwau, William Thomas, Richard Castleberry, William Gassaway, Jr., William Gassaway, William Abraham Gassaway, Jr. and Terry Paul.  *See* www.dc.state.fl.us.

2.      **The clerk is directed to close the file.**


**DONE AND ORDERED this 29th day of March, 2006.**




                          /s/ *Roger Vinson*                     
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**